The People of the State of New York ex rel. Thomas J. Meehan and Elwood J. Harlam, Copartners, etc., Appellants, v. William A. Sawyer, Surrogate of Westchester County, and Others, Respondents.— As our decision in *Matter of Cohen* (ante, p. 890), decided herewith, disposes

of the questions raised, this appeal is dismissed, without costs. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.